UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DENISE SALERNO, individually and as Administrator of the ESTATE OF ARTHUR ANTHONY SALERNO, JR.,

       Plaintiffs,

  v.

COUNTY OF BUTTE, CALIFORNIA; SHERIFF/CORONER PERRY L. RENIFF; et al.,

       Defendants.

NO. CIV. S-07-2157 FCD GGH

MEMORANDUM AND ORDER

----oo0oo----

This matter is before the court on plaintiffs' motion for leave to file a first amended complaint, adding a claim of medical malpractice against two additional parties.[1]  Defendants do not oppose the motion.  (Non-Opp'ns, Docket #s 23, 24.)

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 78-230(h).

1

1 As such, the court GRANTS plaintiffs' motion.[2]  Plaintiffs shall
2 file and serve the proposed first amended complaint, attached to
3 the motion, within 10 days of the date of this order.  Defendants
4 shall have 20 days after service thereof to file their response
5 to the first amended complaint.

6     IT IS SO ORDERED.
7 DATED: August 26, 2008

    FRANK C. DAMRELL, Jr.
    UNITED STATES DISTRICT JUDGE

---

[2] Because a scheduling order is in place in this case (Docket #10), plaintiffs inappropriately moved for relief under Fed. R. Civ. P. 15; nonetheless, the court construes the motion under Fed. R. Civ. P. 16(b) and grants it as plaintiffs have demonstrated the requisite "good cause," and defendants do not oppose the motion.