**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF BUTTE and SHERIFF/CORONER PERRY L. RENIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SALERNO, individually and as Administrator of the ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent),<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF BUTTE, CALIFORNIA; SHERIFF/CORONOR PERRY L. RENIFF; STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; CALIFORNIA HIGHWAY PATROL COMMISSIONER MIKE BROWN; SARGENT S. MUDERS, BADGE No. 9613, individually and in his official capacity as a CALIFORNIA HIGHWAY PATROL Officer; OFFICER M.E. ORTIZ, Badge No. 16562, individually and in his official capacity as a CALIFORNIA HIGHWAY PATROL Officer; OFFICER G. CORNWELL, Badge 10569, individually and in his official capacity as a CALIFORNIA HIGHWAY PATROL Officer; and DOES 1 through 100, inclusive<br><br>    Defendants.<br>_____/ | Case No. 2:07-CV-2157 FCD GGH<br><br>**ORDER MODIFYING AMENDED STATUS (PRETRIAL SCHEDULING) ORDER** |

/ / /

/ / /

1

**ORDER MODIFYING AMENDED STATUS (PRE-TRIAL SCHEDULING) ORDER**

00729670.WPD

1   Based on the Stipulation of all parties and good cause appearing therefor, the Court
2  hereby modifies the Amended Status (Pre-Trial Scheduling) Order filed November 12, 2008
3  and sets the following schedule for further proceedings in this case:

|   |   |
|---|---|
| Non-expert Discovery Cut-off: | February 5, 2010 |
| Expert Disclosure: | February 15, 2010 |
| Rebuttal Expert Disclosure: | March 8, 2010 |
| Expert Discovery Cut-off: | April 23, 2010 |
| Dispositive Motion Filing Deadline: | May 4, 2010 |
| Dispositive Motion Hearing Deadline: | June 4, 2010 |
| Pre-trial Conference: | August 6, 2010, at 1:30 p.m. |
| Trial: | October 19, 2010, at 9:00 a.m. |

All other provisions of the November 12, 2008 Status (Pretrial Scheduling) Order remain in effect.

**IT IS SO ORDERED**

Dated: October 26, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2
**ORDER MODIFYING AMENDED STATUS (PRE-TRIAL SCHEDULING) ORDER**
00729670.WPD