Walter H. Walker, III (SBN 63117)
walter@whk-law.com
Clarissa E. Kearns (SBN 244732)
clarissa@whk-law.com
Walker, Hamilton & Koenig, LLP
50 Francisco Street, Suite 460
San Francisco, CA 94133
Telephone: (415) 986-3339
Facsimile: (415) 986-1618

David C. Anderson (SBN 83146)
Law Office of David C. Anderson
50 Francisco Street, Suite 450
San Francisco, CA 94133
Telephone: (415) 395-9898
Facsimile:  (415) 395-9839

Attorneys for Plaintiff
DENISE SALERNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SALERNO, individually and as Administrator of the ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent)<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF BUTTE, et al.<br><br>Defendants. | Case No: 2:07-CV-02157-FCD-GGH<br><br>**STIPULATION AND ORDER TO MODIFY AMENDED STATUS (PRETRIAL SCHEDULING) ORDER** |

Plaintiff DENISE SALERNO, individually and as Administrator of the ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent), defendants COUNTY OF BUTTE and SHERIFF/CORONER PERRY L. RENIFF ("COUNTY"), defendants CALIFORNIA HIGHWAY PATROL OFFICERS S. MUDERS, M.E. ORTIZ and G. CORNWELL, defendant CALIFORNIA

FORENSIC MEDICAL GROUP ("CFMG") and defendant DEBORAH PAUTSCH ("PAUTSCH"), by and through their respective undersigned counsel, hereby enter into the following stipulation and request to modify the Amended Status (Pretrial Scheduling) Order dated October 26, 2009, as follows:

1. WHEREAS, the October 26, 2009, Amended Status (Pretrial Scheduling) Order provides that expert witnesses with reports are to be disclosed by February 15, 2010 (a court holiday) and rebuttal experts are to be disclosed by March 8, 2010.

2. WHEREAS, as of February 10, 2010, plaintiff has entered into oral settlement agreements with defendants COUNTY, CFMG and PAUTSCH.

3. WHEREAS, all parties seek to continue the February 15, 2010, expert disclosure date by two weeks, and the March 8, 2010, rebuttal disclosure deadline by one week, so that plaintiff and defendants COUNTY, CFMG and PAUTSCH can finalize the settlement documents, and defendant COUNTY can obtain necessary board approval, without incurring the additional and unnecessary costs associated with the disclosure of experts and their reports.

4. Therefore, the parties respectfully submit that good cause exists and request modification of the scheduling order as follows:

    i.    Expert Disclosure:    March 1, 2010

    ii.    Rebuttal Expert Disclosure:    March 15, 2010

///

///

///

*Salerno v. County of Butte, et al.*; Case No. 2:07-CV-02157-FCD-GGH
**Stipulation and Order to Modify Amended Status (Pretrial Scheduling) Order**

-2-

5. All other provisions of the October 26, 2009, Amended Status (Pretrial Scheduling) Orders remain in effect.

**IT IS HEREBY STIPULATED.**

Date: February 16, 2010     WALKER, HAMILTON & KOENIG, LLP
                            LAW OFFICES OF DAVID C. ANDERSON


                            By: /s/ Walter H. Walker
                                Walter H. Walker
                                Attorneys for plaintiff DENISE SALERNO,
                                individually and as Administrator of the
                                ESTATE OF ARTHUR ANTHONY SALERNO,
                                JR.

Date: February 16, 2010     PORTER SCOTT
                            A Professional Corporation


                            By: /s/ Terence C. Cassidy
                                Terence C. Cassidy
                                Attorneys for defendants COUNTY OF BUTTE
                                and SHERIFF/CORONER PERRY L. RENIFF

Date: February 16, 2010     EDMUND G. BROWN JR.
                            Attorney General of the State of California
                            ALBERTO L. GONZALEZ
                            Supervising Deputy Attorney General


                            By: /s/ James C. Phillips
                                James C. Phillips
                                Deputy Attorney General
                                Attorneys for defendants CHP OFFICERS MUDERS,
                                ORTIZ and CORNWELL

///

///

Date: February 16, 2010     TRIMBLE, SHERINIAN & VARANINI

*Salerno v. County of Butte, et al.*; Case No. 2:07-CV-02157-FCD-GGH
**Stipulation and Order to Modify Amended Status (Pretrial Scheduling) Order**

By: /s/ Jerome M. Varanini
Jerome M. Varanini
Attorneys for defendant CALIFORNIA
FORENSIC MEDICAL GROUP

Date: February 16, 2010    BERTLING & CLAUSEN, LLP

By: /s/ Steve H. Shlens
Steve H. Shlens
Attorneys for defendant DEBORAH PAUTSCH

Based on the Stipulation of all parties and good cause appearing therefor, the Court hereby modifies the Amended Status (Pre-Trial Scheduling) Order filed October 26, 2009, and sets the following schedule for further proceedings in this case:

    Expert Disclosure:                  March 1, 2010

    Rebuttal Expert Disclosure:       March 15, 2010

All other provisions of the October 26, 2009, Amended Status (PreTrial Scheduling) Order, remain in effect.

**IT IS SO ORDERED.**

Dated: February 16, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

*Salerno v. County of Butte, et al.*; Case No. 2:07-CV-02157-FCD-GGH
**Stipulation and Order to Modify Amended Status (Pretrial Scheduling) Order**