**PORTER | SCOTT**
PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Glen A. Williams, SBN257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF BUTTE and SHERIFF/CORONER PERRY L. RENIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SALERNO, individually and as Administrator of the ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent),<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF BUTTE, CALIFORNIA; SHERIFF/CORONER PERRY L. RENIFF; SARGENT S. MUDERS, Badge No. 9613, individually and in his official capacity as a California Highway Patrol Officer; OFFICER M.E. ORTIZ, Badge No. 16562, individually and in his official capacity as a California Highway Patrol Officer; OFFICER G. CORNWELL, Badge 10569, individually and in his official capacity as a California Highway Patrol Officer; DEBORAH PAUTSCH, an individual; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED; and DOES 1 through 100, inclusive,<br><br>Defendants.<br>_____/ | Case No. CIV.S-07-2157 FCD GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DENISE SALERNO, individually and as Administrator of the ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent), Defendants COUNTY OF BUTTE and SHERIFF/CORONER PERRY L. RENIFF ("County Defendants"), Defendant CALIFORNIA FORENSIC MEDICAL GROUP, Defendant DEBORAH PAUTSCH, and Defendants SARGENT S.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1

00764512.WPD   **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

MUDERS, OFFICER M.E. ORTIZ, and OFFICER G. CORNWELL, by and through their respective undersigned counsel, that any and all claims against Defendants COUNTY OF BUTTE and SHERIFF/CORONER PERRY L. RENIFF be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

DATED: March 19, 2010                WALKER, HAMILTON & KOENIG

                                     By   /s/ Walter H. Walker, III (authorized on 3/19/2010)
                                          Walter H. Walker, III
                                          Attorney for Plaintiff DENISE SALERNO, individually and as Administrator of the ESTATE OF ARTHUR ANTHONY SALERNO, JR.

DATED: March 22, 2010                PORTER SCOTT
                                     A Professional Corporation

                                     By   /s/ Terence J. Cassidy
                                          Terence J. Cassidy
                                          Attorney for Defendants
                                          COUNTY OF BUTTE and
                                          SHERIFF/CORONER PERRY L. RENIFF

DATED: March 19, 2010                EDMUND G. BROWN JR.
                                     Attorney General of the State of California

                                     ALBERTO L. GONZÁLEZ
                                     Supervising Deputy Attorney General

                                     By  /s/ James C. Phillips (authorized on 3/19/2010)
                                          James C. Phillips
                                          Deputy Attorney General
                                          Attorney for Defendants
                                          MUDERS, ORTIZ and CORNWELL

DATED: March 21, 2010                TRIMBLE, SHERINIAN & VARANINI

                                     By   /s/ Jerome M. Varanini (authorized on 3/21/2010)
                                          Jerome M. Varanini
                                          Attorney for Defendant
                                          CALIFORNIA FORENSIC MEDICAL GROUP

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2

00764512.WPD   **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| DATED: March 19, 2010 | BERTLING & CLAUSEN, LLP |
| | By  /s/ Steve H. Shlens (authorized on 3/19/2010) |
| | Steve H. Shlens<br>Attorney for Defendant<br>DEBORAH PAUTSCH |

IT IS SO ORDERED.

Dated: March 22, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

3

00764512.WPD   **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**