UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DENISE SALERNO, individually and as Administrator of the ESTATE of ARTHUR ANTHONY SALERNO, JR., <br><br>      Plaintiffs,<br><br>  v.<br><br>COUNTY OF BUTTE., et. al.,<br><br>      Defendants. | NO. CIV.S-07-2157 FCD GGH<br><br><u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u> |

----oo0oo----

    1.    The hearing on Defendants California Forensic Medical Group and Debora Pautsch's Motion to Dismiss, alternatively, Motion for Judgment on the Pleadings (Docket #65) is continued to April 23, 2010, at 10:00 a.m.  Plaintiffs shall file and serve their opposition brief or notice of non-opposition no later than April 9, 2010.  The defendants may file and serve a reply on or before April 16, 2010.

    2.    Plaintiffs' counsel, Mr. Walter Walker, III, is ordered to show cause why he should not be sanctioned in the amount of

$150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 230(c).

    3.   Plaintiffs' counsel shall file his response to the order to show cause on or before April 9, 2010.

    4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

    IT IS SO ORDERED.

DATED: March 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE