Peter G. Bertling  #131602
Steve H Shlens   #188851
BERTLING & CLAUSEN L.L.P.
15 West Carrillo Street, Suite 100
Santa Barbara, California  93101
Telephone:  (805) 892-2100
Fax:  (805) 963-6044
pgb@bertling-clausen.com
shs@bertling-clausen.com

Attorneys for Defendant
DEBORA PAUTSCH
(erroneously sued and served herein
as DEBORAH PAUTSCH)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| DENISE SALERNO, individually and as Administrator of the ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent),<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF BUTTE, CALIFORNIA; SHERIFF/CORONER PERRY L. RENIFF; SARGENT S. MUDERS, Badge No. 9613, individually and in his official capacity as a California Highway Patrol Officer; OFFICER M.E. ORTIZ, Badge No. 16562, individually and in his official capacity as a California Highway Patrol Officer; DEBORAH PAUTSCH, an individual; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:07-CV-02157-FCD-GGH<br>[First Amended Complaint filed 8/26/08]<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS DEBORA PAUTSCH, R.N, AND CALIFORNIA FORENSIC MEDICAL GROUP**<br><br><br>Trial Date          10/19/10<br><br>Hon. Frank C. Damrell, Jr.,District Judge<br>Hon. Gregory G. Hollows, Magistrate Judge |

It is hereby stipulated by and between parties DENISE SALERNO and Defendants DEBORA PAUTSCH, R.N., and CALIFORNIA FORENSIC MEDICAL GROUP, by and through their counsel of record, as evidence by the signatures of their attorneys below as follows:

1

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF
DEFENDANTS DEBORA PAUTSCH, R.N,  AND CALIFORNIA FORENSIC MEDICAL GROUP

1. This Stipulation is entered into in accordance with the authority of Federal Rule of Civil Procedure 41(a)(1)(ii).

2. Named Defendants DEBORA PAUTSCH, R.N. and CALIFORNIA FORENSIC MEDICAL GROUP are hereby dismissed with prejudice to refiling in this or any other Federal Court and with prejudice to any refiling in any State Court. This prohibition applies regardless of the causes of action selected in the allegations made, as long as the allegations substantially relate to the events which are or could have been described in the Complaint in this Court.

3. This resolution was achieved as a result of negotiations between the parties.

4. As a result of the prejudicial dismissal of all aspects of this litigation as to Defendants DEBORA PAUTSCH, R.N., and CALIFORNIA FORENSIC MEDICAL GROUP, as to all pled and unpled causes of action in favor of these Defendants, the parties agree that all pending and future litigation events and deadlines as it pertains to these Defendants, including the pretrial conference and trial, are now unnecessary as to Defendants DEBORA PAUTSCH, R.N., and CALIFORNIA FORENSIC MEDICAL GROUP.

It is so Stipulated.

WALTER, HAMILTON & KOENIG

Dated: _____   By:   /s/ Walter H. Walker, III
(authorized on 3/25/10
Walter H. Walker, III
Attorney for Plaintiff DENISE SALERNO, individually, and as Administrator of the Estate of ARTHUR ANTHONY SALERNO, JR.

BERTLING & CLAUSEN, LLP

Dated: _____   By:   /s/_____
Steve H Shlens
Attorney for Defendant
DEBORA PAUTSCH

2

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF
DEFENDANTS DEBORA PAUTSCH, R.N, AND CALIFORNIA FORENSIC MEDICAL GROUP

|   |   |
|---|---|
|   | TRIMBLE, SHERINIAN & VARANINI |

Dated: _____    By:   /s/ Jerome M. Varinini
                                      Jerome M. Varanini
                                      Attorney for Defendant
                                      CALIFORNIA FORENSIC
                                      MEDICAL GROUP, INC.

Dated: _____    EDMUND G. BROWN, JR.
                                      Attorney General of the State of California

                                      ALBERTO L. GONZALEZ
                                      Supervising Deputy Attorney General

                                      By:   /s/ James C. Phillips
                                            Authorized on 3/26/10)
                                      James C. Phillips
                                      Deputy Attorney General
                                      Attorneys for Defendants
                                      MUDERS, ORTIZ and CORNWELL

IT IS SO ORDERED.

Dated: March 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF
DEFENDANTS DEBORA PAUTSCH, R.N, AND CALIFORNIA FORENSIC MEDICAL GROUP