Walter H. Walker, III (SBN 63117)
Clarissa E. Kearns (SBN 244732)
Rana Ansari-Jaberi (SBN 262008)
**Walker, Hamilton & Koenig, LLP**
50 Francisco Street, Suite 460
San Francisco, CA 94133
Telephone: (415) 986-3339
Facsimile:   (415) 986-1618

David C. Anderson (SBN 83146)
**Law Office of David C. Anderson**
50 Francisco Street, Suite 450
San Francisco, CA 94133
Telephone: (415) 395-9898
Facsimile:  (415) 395-9839

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE SALERNO, individually and as Administrator of the ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent)<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF BUTTE, et al.<br><br>Defendants. | Case No: 2:07-CV-02157-FCD-GGH<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Trial Date: 10/19/10<br><br>Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, DENISE SALERNO, individually and as Administrator of the ESTATE OF ARTHUR ANTHONY SALERNO, JR. (Decedent), and Defendants SARGENT S. MUDERS Badge No. 9613, individually and in his official capacity as a California Highway Patrol Officer, OFFICER M.E. ORTIZ, Badge No. 16562, individually and in his official capacity as a California Highway

-1-

1  Patrol Officer and OFFICER G. CORNWELL, Badge No. 10569, individually and in his official

2  capacity as a California Highway Patrol Officer, by and through their respective undersigned

3  counsel, that pursuant to negotiations and agreement between the parties, entered on June 24,

4  2010, any and all claims against the above-named Defendants be dismissed with prejudice

5  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear their

6  own attorney's fees and costs.

7

8  DATED: June 24, 2010          WALKER, HAMILTON & KOENIG, LLP

9                                 By:     /s/ Walter H. Walker, III
10                                        WALTER H. WALKER, III.
                                          Attorneys for Plaintiff
11

12 DATED: June 25, 2010          LAW OFFICE OF DAVID C. ANDERSON

13

14                                By:    /s/ David C. Anderson
15                                       DAVID C. ANDERSON
                                         Attorney for Plaintiff
16

17 DATED: June 24, 2010          EDMUND G. BROWN JR.
18                                Attorney General of the State of California

19                                Alberto L. GONZALEZ
                                  Supervising Deputy Attorney General
20

21                                By: /s/ James C. Phillips (authorized on 6/24/10)
                                      James C. Phillips
22                                    Deputy Attorney General
                                      Attorney for Defendants
23                                    Muders, Ortiz and Cornwell

24         IT IS SO ORDERED.

25 DATED: June 25, 2010

26
                                  _____
27                                FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE
28

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
Case No. 2:07-CV-02157-FCD-GGH                              -2-